00332/56403-RDT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION   WESTERN DISTRICT OF TN

FILED IN OPEN COURT:
DATE: 4/29/05
TIME: 10:00 a.m.
INITIALS: a

| | |
|---|---|
| DONNA J. SCRANTON, KEITH P. SCRANTON (by next friend John Philip Scranton, father), and JOHN PHILIP SCRANTON,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLES M. KING and RICH-LINE EXPRESS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) NO. 1-04-1103-T-An<br>)<br>)<br>)<br>)<br>) |

### ORDER APPROVING COMPROMISE OF MINOR'S CLAIM

This matter came on to be heard on the 29th day of April, 2005, before the Honorable James D. Todd, Judge of the United States District Court for the Western District of Tennessee, Eastern Division, by consent of all the parties hereto, upon the joint petition this date filed, and upon oral proof heard in open court, with Keith P. Scranton, a minor, being present in person, along with his mother, Donna J. Scranton, and his father, John Philip Scranton, and Hon. David Hardee, their attorney, and Hon. R. Dale Thomas, attorney for Charles M. King and Rich-Line Express, Inc., and it appearing to the Court that the averments of said petition are true, that it is proper and manifestly to the best interests of Keith P. Scranton that there be a compromise or settlement of any and all claims which he might have as a result of the accident of July 1, 2003, described in the joint petition, against Charles M. King and Rich-Line Express, Inc., their insurers, and all other persons, firms, and corporations whomsoever who might be charged with liability, for the consideration of Two Hundred and One Thousand Eight Hundred Twenty-Two and 75/100 dollars

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 5/3/05

27

00332/56403-RDT

($201,822.75) to be paid, as described in the joint petition, to or for the benefit of Keith P. Scranton, IT IS SO ORDERED, AND,

IT IS FURTHER ORDERED that the effecting of such compromise or settlement of all claims or demands of every kind or character which the said Keith P. Scranton or anyone acting on his behalf has or might have against the said Charles M. King and Rich-Line Express, Inc., their insurers, or any other person, firm or corporation whomsoever who might be charged with liability, for injuries to the person of the said Keith P. Scranton, resulting or to result from the occurrence of July 1, 2003, for the consideration of Two Hundred and One Thousand Eight Hundred Twenty-Two and 75/100 dollars ($201,822.75) as described in the joint petition be and the same is hereby approved and confirmed by the Court.

IT IS FURTHER ORDERED that the said John Philip Scranton, as the parent and next friend of Keith P. Scranton, upon the payment, as described in the joint petition, by or on behalf of Charles M. King and Rich-Line Express, Inc., of the sum of Two Hundred and One Thousand Eight Hundred Twenty-Two and 75/100 dollars ($201,822.75) for the use and benefit of Keith P. Scranton, be and he is hereby authorized, empowered and directed to execute and deliver the Settlement Agreement and General Release and the Qualified Assignment and Release in the forms exhibited with the joint petition filed herein; and that, upon such execution and delivery and the payment of such consideration, such instrument shall have full force and effect according to its terms and it shall be considered that the said Charles M. King and Rich-Line Express, Inc., their insurers, and all other persons, firms and corporations whomsoever who might be charged with liability either in tort or by contract, are fully and finally discharged and released from any and all claims,

00332/56403-RDT

demands and rights of action of every kind and character, which the said Keith P. Scranton, or any person acting on his behalf, might now or in the future have by reason of any damage or injury to his person, known or unknown, resulting or to result from said occurrence of July 1, 2003, described in the joint petition.

IT IS FURTHER ORDERED that the Hon. David Hardee, Hon. Mark Donahoe, and Hon. David King, attorneys for Keith P. Scranton, Donna J. Scranton, and John Philip Scranton, are hereby allowed a fee for their services in the amount of $67,274.25 to be paid, as described in the joint petition, out of the sum of the minor's settlement proceeds for the representation of the minor child, Keith P. Scranton, and that $42,548.50 paid, as described in the joint petition, from the sum of the minor's settlement proceeds from which the Plaintiffs and their attorneys will satisfy any and all subrogation rights, liens, attachments, or claims related to said medical expenses so incurred, and any other liens, attachments, or claims arising from or related to said occurrence, described in the joint petition, and, and that $92,000.00 will be paid from the sum of the minor's settlement proceeds to purchase an annuity, as described in the joint petition, for the benefit of said minor and made payable to said minor.

ENTERED this the 29th day of April, 2005.

*James D. Todd*
JUDGE JAMES D. TODD

00332/56403-RDT

APPROVED FOR ENTRY:

HARDEE, MARTIN, DAUSTER & DONAHOE, P.A.

BY: *(signature)*
DAVID HARDEE, #006239
MARK DONAHOE, #014049
Attorneys for Plaintiffs
P.O. Box 98
Jackson, TN 38302
(731) 424-2151

HANCOCK & KING, PLC

BY: *(signature)*
DAVID L. KING, #007311
Attorneys for Plaintiffs
144 Second Avenue, North, Suite 300
Nashville, TN 37201
(615) 726-0915

RAINEY, KIZER, REVIERE & BELL, P.L.C.

BY: *(signature)*
R. DALE THOMAS, # 013439
Attorneys for Defendants
209 E. Main Street
P.O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 1:04-CV-01103 was distributed by fax, mail, or direct printing on May 3, 2005 to the parties listed.

---

Darrell L. West
HANCOCK & KING
144 Second Ave. N
Ste 300
Nashville, TN 37201

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

David L. King
HANCOCK & KING
144 Second Ave. N
Ste 300
Nashville, TN 37201

David Hardee
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT