#1\56403-RDT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**WESTERN DISTRICT OF TN**
**FILED IN OPEN COURT:**
DATE: 4/29/05
TIME: 10:00 a.m.
INITIALS: ec

| | |
|---|---|
| DONNA J. SCRANTON, KEITH P. SCRANTON (by next friend John Philip Scranton, father), and JOHN PHILIP SCRANTON, </br></br>Plaintiffs,</br></br>vs.</br></br>CHARLES M. KING and RICH-LINE EXPRESS, INC.,</br></br>Defendants. | )</br>)</br>)</br>)</br>)</br>)</br>)  NO. 1-04-1103-T-An</br>)</br>)</br>)</br>)</br>) |

### ORDER OF DISMISSAL WITH PREJUDICE

This date came the parties in the above-captioned cause and stated unto the Court that all issues had been resolved by way of compromise and they jointly request that the Court enter a judgment of dismissal with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the within action brought by Donna J. Scranton, Keith P. Scranton (by next friend John Philip Scranton, father), and John Philip Scranton be and the same is hereby dismissed with prejudice.

This the 29th day of April, 2005.

*James D. Todd*
JUDGE JAMES D. TODD

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 5/3/05



#2\56403-RDT

APPROVED FOR ENTRY:

_____
DAVID HARDEE, #006239     by Mark Donahoe
Attorneys for Plaintiffs

_____
DAVID KING, #007311
Attorneys for Plaintiffs

_____
R. DALE THOMAS, #013439
Attorney for Defendants

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 1:04-CV-01103 was distributed by fax, mail, or direct printing on May 3, 2005 to the parties listed.

---

Darrell L. West
HANCOCK & KING
144 Second Ave. N
Ste 300
Nashville, TN 37201

C. Mark Donahoe
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

David L. King
HANCOCK & KING
144 Second Ave. N
Ste 300
Nashville, TN 37201

David Hardee
HARDEE MARTIN DAUSTER & DONAHOE
P.O. Box 98
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT